# EXHIBIT B

Denise A. Dragoo (Utah Bar No. 908)
Paul W. Shakespear (Utah Bar No. 14113)
James P. Allen (Utah Bar No. 11195)
SNELL & WILMER L.L.P.
15 W. South Temple, Suite 1200
Salt Lake City, Utah 84101
Telephone: (801) 257-1900
Facsimile: (801) 257-1800
ddragoo@swlaw.com
pshakespear@swlaw.com
jpallen@swlaw.com

Attorneys for Intervenor-Defendant
Emery County Coal Resources Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SIERRA CLUB,<br><br>  Plaintiff,<br><br>v.<br><br>KENT HOFFMAN, in his official capacity as Deputy State Director, Division of Lands and Minerals, Utah State Office, U.S. Bureau of Land Management; U.S. BUREAU OF LAND MANAGEMENT; and U.S. DEPARTMENT OF THE INTERIOR<br><br>  Defendants. | **[PROPOSED] INTERVENOR EMERY COUNTY COAL RESOURCES INC.'S STATEMENT DENYING ARBITRARY AND CAPRICIOUS AGENCY ACTION**<br><br>Case No. 4:22-cv-00037-PK<br><br>Magistrate Judge Paul Kohler |

Pursuant to the Court's local rule DuCivR 7-4(a)(2)(B), Emery County Coal Resources Inc. (herein "ECCR" or "Intervenor Defendant"), by and through undersigned counsel, hereby responds to Plaintiff's Complaint for Declaratory and Injunctive Relief. Plaintiffs challenge the Bureau of Land Management's January 5, 2021 decision to modify federal coal leases UTU-014218 and UTU-0126947 (the "Leases"), located in Emery County, Utah. ECCR is the lessee of record of the Leases. ECCR denies Plaintiff's contentions that Federal Defendant's actions in

-2-

this case were arbitrary and capricious or otherwise contrary to law. ECCR therefore denies that the Plaintiff in the above-captioned matter is entitled to relief of any kind, including the declaratory and injunctive relief prayed for in their Complaint filed on June 10, 2022.

DATED this 22nd day of June, 2022.

Respectfully submitted,

*/s/ Denise A. Dragoo*
Denise A. Dragoo
Paul W. Shakespear
James P. Allen
SNELL & WILMER, L.L.P.

*Attorneys for Intervenor-Defendant*
*Emery County Coal Resources Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June, 2022, I caused a true and accurate copy of the foregoing **INTERVENOR EMERY COUNTY COAL RESOURCES INC.'S STATEMENT DENYING ARBITRARY AND CAPRICIOUS AGENCY ACTION** to be filed electronically with the Court which caused the following to be served electronically through ECF:

| | |
|---|---|
| Aaron C. Garrett<br>Executive Director<br>Nonprofit Legal Services of Utah<br>623 East 2100 South, Suite B1<br>Salt Lake City, UT 84116<br>(385) 419-4111<br>aaron@nonprofitlegalservices.com | Nathaniel Shoaff<br>Senior Attorney<br>Sierra Club Environmental Law Program<br>2101 Webster Street, Suite 1300<br>Oakland, CA 94612<br>(415) 977-5610<br>nathaniel.shoaff@sierraclub.org |

The following parties were served via hand-delivery and certified mail, return receipt requested:

| | |
|---|---|
| Kent Hoffman<br>Deputy State Director, Lands & Minerals<br>Bureau of Land Management<br>440 West 200 South, Ste. 500<br>Salt Lake City, UT 84101<br>khoffman@blm.gov | Trina Higgins<br>United States Attorney<br>District of Utah<br>111 South Main Street, Suite 1800<br>Salt Lake City, Utah 84111-2176 |
| Erik E. Petersen<br>Office of the Solicitor<br>U.S. Department of the Interior<br>125 South State Street, Suite 6201<br>Salt Lake City, UT 84138<br>erik.petersen@sol.doi.gov | Andrew Simek<br>Office of the Solicitor<br>U.S. Department of the Interior<br>125 South State Street, Suite 6201<br>Salt Lake City, UT 84138<br>andrew.simek@sol.doi.gov |

*/s/ Mindi K. Mordue*