Denise A. Dragoo (Utah Bar No. 908)
Paul W. Shakespear (Utah Bar No. 14113)
James P. Allen (Utah Bar No. 11195)
SNELL & WILMER L.L.P.
15 W. South Temple, Suite 1200
Salt Lake City, Utah 84101
Telephone: (801) 257-1900
Facsimile: (801) 257-1800
ddragoo@swlaw.com
pshakespear@swlaw.com
jpallen@swlaw.com

Attorneys for Intervenor-Defendant
Emery County Coal Resources Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SIERRA CLUB,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KENT HOFFMAN, in his official capacity as Deputy State Director, Division of Lands and Minerals, Utah State Office, U.S. Bureau of Land Management; U.S. BUREAU OF LAND MANAGEMENT; and U.S. DEPARTMENT OF THE INTERIOR<br><br>　　　　　Defendants. | NOTICE OF APPEARANCE OF COUNSEL – JAMES P. ALLEN<br><br>Case No. 4:22-cv-00037-PK<br><br>Magistrate Judge Paul Kohler |

　　　　James P. Allen of Snell & Wilmer L.L.P., 15 W. South Temple, Suite 1200, Salt Lake City, Utah 84101, gives notice of his appearance as counsel for Intervenor-Defendant Emery County Coal Resources, Inc. in the above-captioned matter and requests receipt of all notices and pleadings in this action.

-2-

DATED this 5th day of July, 2022.

                Respectfully submitted,

                */s/ James P. Allen*
                Denise A. Dragoo
                Paul W. Shakespear
                James P. Allen
                SNELL & WILMER, L.L.P.

                *Attorneys for Intervenor-Defendant*
                *Emery County Coal Resources Inc.*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of June, 2022, I caused a true and accurate copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL – JAMES P. ALLEN** to be filed electronically with the Court which caused the following to be served electronically through ECF:

| | |
|---|---|
| Aaron C. Garrett<br>Executive Director<br>Nonprofit Legal Services of Utah<br>623 East 2100 South, Suite B1<br>Salt Lake City, UT 84116<br>(385) 419-4111<br>aaron@nonprofitlegalservices.com | Nathaniel Shoaff<br>Senior Attorney<br>Sierra Club Environmental Law Program<br>2101 Webster Street, Suite 1300<br>Oakland, CA 94612<br>(415) 977-5610<br>nathaniel.shoaff@sierraclub.org |

The following parties were served U.S. Mail:

| | |
|---|---|
| Kent Hoffman<br>Deputy State Director, Lands & Minerals<br>Bureau of Land Management<br>440 West 200 South, Ste. 500<br>Salt Lake City, UT 84101<br>khoffman@blm.gov | Trina Higgins<br>United States Attorney<br>District of Utah<br>111 South Main Street, Suite 1800<br>Salt Lake City, Utah 84111-2176 |
| Erik E. Petersen<br>Office of the Solicitor<br>U.S. Department of the Interior<br>125 South State Street, Suite 6201<br>Salt Lake City, UT 84138<br>erik.petersen@sol.doi.gov | Andrew Simek<br>Office of the Solicitor<br>U.S. Department of the Interior<br>125 South State Street, Suite 6201<br>Salt Lake City, UT 84138<br>andrew.simek@sol.doi.gov |

*/s/ Mindi K. Mordue*

4890-1331-8438