Landon Newell (Utah #14738)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
Tele: (801) 486-3161
landon@suwa.org

Attorney for Plaintiff
Southern Utah Wilderness Alliance

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SIERRA CLUB and SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>　　　Plaintiffs,<br><br>v.<br><br>KENT HOFFMAN, in his official capacity as Deputy State Director, Division of Lands and Minerals, Utah State Office, U.S. Bureau of Land Management; U.S. BUREAU OF LAND MANAGEMENT; and U.S. DEPARTMENT OF THE INTERIOR,<br><br>　　　Defendants. | Case No. 4:22-cv-00037-PK<br><br>Magistrate Judge Paul Kohler<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

　　　Notice is hereby given of the entry of the undersigned as counsel for Plaintiff Southern Utah Wilderness Alliance in the above-entitled action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

Landon Newell
landon@suwa.org
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, Utah 84111

DATED:	July 14, 2022

                                                          Respectfully submitted,

                                                          /s/ Landon Newell

## CERTIFICATE OF SERVICE

I certify that on July 14, 2022, I served a copy of the foregoing Notice of Appearance of Counsel via the Court's CM/ECF System, which will serve all counsel of record.

/s/ Landon Newell