Aaron C. Garrett (UT #12519)
Executive Director
NONPROFIT LEGAL SERVICES OF
UTAH
623 East 2100 South, Suite B1
Salt Lake City, UT 84106
(385) 419-4111
aaron@nonprofitlegalservices.com

Nathaniel Shoaff (admitted *pro hac vice*)
Senior Attorney
SIERRA CLUB ENVIRONMENTAL LAW
PROGRAM
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5610
nathaniel.shoaff@sierraclub.org

*Attorneys for Plaintiff Sierra Club*

Landon Newell (UT #14738)
SOUTHERN UTAH WILDERNESS
ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
(801) 486-3161
landon@suwa.org

Melissa Hornbein (admitted *pro hac vice*)
Barbara Chillcott (admitted *pro hac vice*)
WESTERN ENVIRONMENTAL LAW
CENTER
103 Reeder's Alley
Helena, MT 59601
(406) 430-3023
hornbein@westernlaw.org
chillcott@westernlaw.org

*Attorneys for Plaintiff Southern Utah
Wilderness Alliance*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SIERRA CLUB and SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>      Plaintiffs,<br><br>v.<br><br>KENT HOFFMAN, et al.,<br>Defendants. | **PLAINTIFFS' RESPONSE TO MOTION TO INTERVENE**<br><br>Case No. 4:22-cv-00037-PK<br><br>Magistrate Judge Paul Kohler |

Plaintiffs Sierra Club and Southern Utah Wilderness Alliance hereby advise the Court that they take no position on the Motion to Intervene, ECF No. 6, filed by Emery County Coal Resources, Inc.

Respectfully submitted this 19th day of July 2022.

/s/ Landon Newell
Landon Newell
Staff Attorney
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
(801) 428-3991
landon@suwa.org

Melissa Hornbein (admitted *pro hac vice*)
Barbara Chillcott (admitted *pro hac vice*)
WESTERN ENVIRONMENTAL LAW CENTER
103 Reeder's Alley
Helena, MT 59601
(406) 430-3023
hornbein@westernlaw.org
chillcott@westernlaw.org

*Attorneys for Plaintiff Southern Utah Wilderness Alliance*

Nathaniel Shoaff (admitted *pro hac vice*)
Senior Attorney
SIERRA CLUB ENVIRONMENTAL LAW PROGRAM
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5610
nathaniel.shoaff@sierraclub.org

Aaron C. Garrett (UT #12519)
Executive Director
NONPROFIT LEGAL SERVICES OF UTAH
623 East 2100 South, Suite B1
Salt Lake City, UT 84106
(385) 419-4111
aaron@nonprofitlegalservices.com

*Attorneys for Plaintiff Sierra Club*

## CERTIFICATE OF SERVICE

I certify that on July 19, 2022, I served a copy of the foregoing Plaintiffs' Response to

Motion to Intervene via the Court's CM/ECF System, which will serve all counsel of record.


/s/ Landon Newell