ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Energy & Natural Resources Division

PAUL A. TURCKE
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| SIERRA CLUB and SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>Plaintiffs,<br><br>v.<br><br>KENT HOFFMAN, et al.,<br><br>Defendants,<br><br>and<br><br>EMERY COUNTY COAL RESOURCES, INC.,<br><br>Intervenor-Defendants. | Case No. 4:22-cv-00037-DN<br><br>**STATUS REPORT**<br><br>District Judge David Nuffer |

In accordance with the Memorandum Decision and Order Granting Motion for Voluntary Remand Without Vacatur, Dkt. 55, Defendants provide the following status report. The Bureau of Land Management ("BLM") is evaluating its options on remand and conferring with the

lessee in determining any steps to be taken regarding the Lila Canyon Mine lease modifications at issue in this litigation. BLM is mindful of the Court's direction that it complete the remand process within 18 months of the above-described Order as well as its obligation to file an additional status report not later than February 16, 2027.

Respectfully submitted this 17th day of November 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Energy & Natural Resources Division

*/s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*